UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
*******************************
ROBERTA D. PROVOST,

        Plaintiff,

        v.

JO ANNE B. BARNHART, COMMISSIONER
OF SOCIAL SECURITY,

        Defendant.
*******************************

Civil Action No. 06-209

**CONSENT ORDER FOR PAYMENT OF FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT**

    This matter having been opened by Lawrence D. Hasseler for an Order awarding attorney fees pursuant to the Equal Access to Justice Act, (28 U.S.C. § 2412), and it appearing that GLENN T. SUDDABY, United States Attorney, and Gina Shin, Special Assistant United States Attorney, attorneys for defendant, having consented to the entry of an Order awarding an amount of four thousand ninety one dollars ($4,091.00) in expenses plus two hundred fifty dollars ($250.00) in costs, the Court having reviewed the record in this matter;

IT IS on this 28th day of August, 2006;

    ORDERED that plaintiff be allowed a fee award under the Equal Access to Justice Act in the amount of four thousand ninety one dollars ($4,091.00) in expenses plus two hundred fifty dollars ($250.00) in costs.

                                        David E. Peebles, Magistrate Judge
                                        United States District Court

The undersigned hereby consent to the form and entry of the within order.

                              GLENN T. SUDDABY
                              United States Attorney

By:   s\ Gina Shin
        GINA SHIN
        Special Assistant U.S. Attorney
        Bar No. 513850


Conboy, McKay, Bachman, & Kendall, LLP
307 State Street
Carthage, New York 13619
Bar No.: 101935


        s/Lawrence D. Hasseler
By:   LAWRENCE D. HASSELER
        Attorney for Plaintiff